IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL SHANNON CARMICHAEL                                                                    PLAINTIFF

v.                                        Case No. 6:23-cv-6125

WARDEN JAMES EARL, *et al*.                                                                    DEFENDANTS

## **ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 8. After evaluating the 42 U.S.C. § 1983 claims in Plaintiff's *pro se* complaint for preservice screening pursuant to 28 U.S.C. § 1915A, Judge Comstock recommends that Plaintiff's Amended Complaint (ECF No. 1) be dismissed without prejudice for failing to state a claim against any Defendant. Judge Comstock also recommends that the Clerk be directed to place a 28 U.S.C. § 1915(g) strike flag on the case for future judicial consideration and that Plaintiff's Motions to Request Documents (ECF Nos. 6 & 7) be denied as moot.

No party has filed an objection to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the R&R (ECF No. 8) *in toto*. Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff's Motions to Produce Documents (ECF Nos. 6 & 7) are hereby **DENIED AS MOOT**. The Clerk is hereby directed to place a 28 U.S.C. § 1915(g) strike flag on this case for future judicial consideration. Plaintiff's additional Motions for Subpoena (ECF Nos. 9, 13, 14, & 15) and Motion for Summary Judgment (ECF No. 16) are also hereby **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 8th day of February, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge